IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-475-RJC-DCK

| | |
|---|---|
| SEAN ALGAIER, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CREDIT CONTROL SERVICES, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 29) filed by Ayana M. Parker, concerning Matthew B. Johnson, on August 24, 2023. Matthew B. Johnson seeks to appear as counsel *pro hac vice* for Defendant Credit Control Services. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 29) is **GRANTED**. Matthew B. Johnson is hereby admitted *pro hac vice* to represent Defendant Credit Control Services.

**SO ORDERED**.

Signed: August 24, 2023

David C. Keesler
United States Magistrate Judge