**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-475-RJC-DCK**

| | |
|---|---|
| **SEAN ALGAIER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **CREDIT CONTROL SERVICES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

      **THIS MATTER IS BEFORE THE COURT** on the "Motion To Accept Memorandum Of Law In Support Of Plaintiff's Motion For Partial Summary Judgment" (Document No. 46) and the "Motion For Extension Of Time To file Responses And Replies To Dispositive Motions" (Document No. 47) filed February 4, 2024. These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motions and the record, the undersigned will <u>grant</u> the motions.

      **IT IS, THEREFORE, ORDERED** that the "Motion To Accept Memorandum Of Law In Support Of Plaintiff's Motion For Partial Summary Judgment" (Document No. 46) is **GRANTED**. The "Memorandum In Support Of Plaintiff's Motion For Partial Summary Judgment" (Document No. 44) is accepted as timely filed.

      **IT IS FURTHER ORDERED** that the "Motion For Extension Of Time To File Responses And Replies To Dispositive Motions" (Document No. 47) is **GRANTED**. Responses to the pending dispositive motions (Document Nos. 39 and 43) shall be filed on or before **February 19, 2024**; Reply briefs in support of the pending motions shall be filed on or before **February 26, 2024**.

**SO ORDERED**.

Signed: February 5, 2024

David C. Keesler
United States Magistrate Judge