IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-475-RJC-DCK

| | |
|---|---|
| SEAN ALGAIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| CREDIT CONTROL SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Accept The Parties' Memorandums Of Law In Response To Cross-Motions For Summary Judgment" (Document No. 60) filed March 5, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Plaintiff's consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Accept The Parties' Memorandums Of Law In Response To Cross-Motions For Summary Judgment" (Document No. 60) is **GRANTED**. The parties' Responses are accepted as timely filed.

**SO ORDERED**.

Signed: March 5, 2024

David C. Keesler
United States Magistrate Judge