IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-475-RJC-DCK

| | |
|---|---|
| SEAN ALGAIER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **ORDER** |
| CREDIT CONTROL SERVICES, INC., | ) ) ) |
| Defendant. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. Plaintiff's counsel filed a "Notice Of Settlement" (Document No. 74) notifying the Court that the parties reached a settlement on May 16, 2024. The Court commends counsel and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **June 14, 2024**.

**SO ORDERED**.

Signed: May 17, 2024

David C. Keesler
United States Magistrate Judge